IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA BROUGHTON, Derivatively on Behalf of YRC WORLDWIDE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DARREN D. HAWKINS, JAMES L. WELCH, JAMIE G. PIERSON, STEPHANIE D. FISHER, RAYMOND J. BROMARK, DOUGLAS A. CARTY, WILLIAM R. DAVIDSON, MATTHEW A. DOHENY, ROBERT L. FRIEDMAN, JAMES E. HOFFMAN, MICHAEL J. KNEELAND, PATRICIA M. NAZEMETZ, and JAMES F. WINESTOCK, <br><br> Defendants, <br><br> and <br><br> YRC WORLDWIDE, INC., <br><br> Nominal Defendant. | Case No. 1:19-cv-1958-LPS |

**PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 23.1(c) and 41(a)**

Pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), Plaintiff Theresa Broughton ("Plaintiff"), by her undersigned counsel, hereby moves this Court for an Order voluntarily dismissing this Action brought on behalf of Nominal Defendant YRC Worldwide, Inc. ("YRC"), against defendants Darren D. Hawkins, James L. Welch, Jamie G. Pierson, Stephanie D. Fisher, Raymond J. Bromark, Douglas A. Carty, William R. Davidson, Matthew A. Doheny, Robert L. Friedman, James E. Hoffman, Michael J. Kneeland, Patricia M. Nazemetz, and James F. Winestock (together with YRC, the "Defendants"), without prejudice and with all parties to bear

1

their own costs and fees. Counsel for the parties have met and conferred regarding the issues raised in this Motion, and Defendants do not oppose this Motion.

DATED: February 19, 2020

Respectfully Submitted,

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
Telephone: (302) 984-3800
Email: bbennett@coochtaylor.com

*Attorney for Plaintiff*

**OF COUNSEL**

**BRAGAR EAGEL & SQUIRE, P.C.**
W. Scott Holleman
Marion C. Passmore
Garam Choe
Alexandra B. Raymond
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (646) 860-9449

# CERTIFICATE OF SERVICE

I, Blake A. Bennett, Esquire, do hereby certify that on February 19, 2020, the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 23.1(c) and 41(a)** was filed electronically with the Court's Case Management/Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent to all parties by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system.

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)