# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA BROUGHTON, Derivatively on Behalf of YRC WORLDWIDE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DARREN D. HAWKINS, JAMES L. WELCH, JAMIE G. PIERSON, STEPHANIE D. FISHER, RAYMOND J. BROMARK, DOUGLAS A. CARTY, WILLIAM R. DAVIDSON, MATTHEW A. DOHENY, ROBERT L. FRIEDMAN, JAMES E. HOFFMAN, MICHAEL J. KNEELAND, PATRICIA M. NAZEMETZ, and JAMES F. WINESTOCK,<br><br>Defendants,<br><br>and<br><br>YRC WORLDWIDE, INC.,<br><br>Nominal Defendant. | Case No. 1:19-cv-1958-LPS |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 23.1(c) and 41(a)

AND NOW, this 20th day of April, 2020, the Court having considered Plaintiff's unopposed motion to voluntarily dismiss this Action brought on behalf of Nominal Defendant YRC Worldwide, Inc. against defendants Darren D. Hawkins, James L. Welch, Jamie G. Pierson, Stephanie D. Fisher, Raymond J. Bromark, Douglas A. Carty, William R. Davidson, Matthew A. Doheny, Robert L. Friedman, James E. Hoffman, Michael J. Kneeland, Patricia M. Nazemetz, and James F. Winestock and finding good cause therefore,

IT IS HEREBY ORDERED that Plaintiff's unopposed motion to voluntarily dismiss this action without prejudice and with all parties to bear their own costs and fees is GRANTED.

_____
The Honorable Leonard P. Stark